
# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COLONIAL PARK CARE CENTER, LLC d/b/a/ COLONIAL PARK CARE CENTER,** | : | CIVIL ACTION NO. 1:16-CV-302 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **THEODORE DALLAS, in his Official Capacity as the Secretary of the Pennsylvania Department of Human Services,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 13th day of September, 2016, upon consideration of the motion (Doc. 7) to dismiss filed by defendant Theodore Dallas, in his official capacity as the Secretary of the Pennsylvania Department of Human Services, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 7) to dismiss is GRANTED.

2. Plaintiff's complaint (Doc. 1) is DISMISSED with prejudice.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania